# IN THE BANKRUPTCY COURT OF THE UNITED STATES
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

In re:                                            Case No. 26-48499 LSG
**JENIFER S. WORTINGER,**                          Chapter 7
                          Debtor.                 **HON. LISA S. GRETCHKO**

_____/

## DECLARATION OF DEBTOR
### RE: BONUS INCOME

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF MONROE  )

    I, JENIFER S. WORTINGER, the Debtor in the above-referenced case, declare that I am employed by Promedica Monroe Physicians and receive bonus income only if particular parameters are met. The parameters to receive bonus income are set by my employer. Bonus income is not guaranteed and is not received every year.

    I, JENIFER S. WORTINGER, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2026                       /s/Jenifer S. Wortinger_____
                                                 JENIFER S. WORTINGER, Debtor